**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

**United States of America**

    **-vs-**                                                                     Case No.  2:15-cr-95

**Abdirahman Sheik Mohamud**
_____

## NOTICE OF HEARING

TAKE NOTICE that an **Initial Appearance and Arraignment on Indictment** are scheduled for **April 17, 2015** at **11:00 A.M.**. These hearings will be held before the **Honorable Elizabeth A. Preston Deavers**, United States Magistrate Judge in **Courtroom No. 220, Second Floor**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio.

Dated: April 16, 2015

                                                  ELIZABETH A. PRESTON DEAVERS
                                                  UNITED STATES MAGISTRATE JUDGE

                                                  s/Sherry Nichols
                                                  by: Sherry Nichols, Courtroom Deputy
                                                  (614) 719-3461
                                                  sherry_nichols@ohsd.uscourts.gov