```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

United States of America

    v.                          Case No. 2:15-cr-95

Abdirahman Sheik Mohamud

## ORDER

The defendant has moved for a continuance of the trial, which is currently scheduled on June 22, 2015.  Counsel states that additional time is required to obtain discovery materials from the government in light of the recent discovery schedule established by the court, and that counsel will need to review any disclosed information in order to prepare for trial.  Counsel indicates that the government does not oppose this request for a continuance.

The court finds pursuant to 18 U.S.C. §3161(h)(7) that a continuance is warranted in the interests of justice and that the need for a continuance outweighs the best interests of the defendant and the public in a speedy trial.  Defense counsel requires additional time to obtain and review discovery materials in this case and to prepare for trial despite the exercise of due diligence.  The motion (Doc. 15) is granted.  The trial is continued to October 5, 2015, at 9:00 a.m.

Date: May 24, 2012                        s/James L. Graham
                                          James L. Graham
                                          United States District Judge