## CONFERENCE MINUTES

CASE NAME: US v Mohamud

CASE NUMBER: 2:15-cr-95

DATE: 10/2/15

Time Started: 9:35 Am - 9:37 Am

EVENT: Telephone Status Conf.

[ ] THERE WAS AN ORAL MOTION FOR:

[ ] THE MOTION WAS ORALLY GRANTED\DENIED (CIRCLE)
[ ] A WRITTEN ORDER WILL FOLLOW
[ ] NO THERE WAS NO ORAL MOTION
[ ] Evidence submitted
[ ] No evidence submitted

Counsel for pltf: Doug Squires, AUSA

Counsel for deft: Sam Shamansky, Esq.

Court Reporter: Gina Wells

Time Concluded: 9:37 Am