IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                        Case No. 2:15-cr-95

Abdirahman Sheik Mohamud

<u>ORDER</u>

In a telephonic status conference held on October 2, 2015, the parties jointly requested a continuance of the trial, which is currently scheduled on October 5, 2015.  Based upon the joint request of the parties, the court finds pursuant to 18 U.S.C. §3161(h)(7) that a continuance is warranted in the interests of justice and that the need for a continuance outweighs the best interests of the defendant and the public in a speedy trial.  The motion is granted.  The trial is continued to January 4, 2016, at 9:00 a.m.

Date: October 2, 2015                    s/James L. Graham
                                          James L. Graham
                                          United States District Judge