This time 3 pages Motion Total

UNITED STATES DISTRICT COURT
OF THE Southern District of Ohio

RICHARD W. NAGEL CLERK OF COURT
2016 JUL-1 PM 4:23
U.S. DISTRICT COURT
SOUTHERN DIST OHIO COLUMBUS

UNITED STATes of AMERICA,
Plaitiff

V.

ABDIRHMAN SHEIKH MOHAMED
CaSE No. 2:15 CR-95

MOTION FOR Compassionate Release
UNDER 18 U.S.C § 3582(c)(1)(A)

Comes Now Defendant, Abdirahman Sheikh Mohamed, respectfully Requesting that this Honorable Court grant Compassionate relEase pursant to 18 U.S.C § 3582(c)(1)(A) and in Support thereof States as follows:
Mr. Mohamed seeks a reduction of his Sentence based upon Extraordinary and Compelling circumstances Among them Being that Jabhat AL NUSRA Group is no longer a terrorist organization, 3 years in Solitary Confinment and now Suffering From PTSD having nighmares, willing to co-operate with FBI for the Basketball 5, To see if they are having terrorist idealogy and Mr. Mohamed is willing to wear a wire to help with any investigation on the 5 on my Case. Also on average people with Similar Cases or Circumstances as Mr. Mohamed recieve a 10 year sentence, and this is unusal long sentence U.S.S.C 1B1.13. And that I Have completed half my sentence and Giving you your Honor Athurity afer Mr. Mohamed reaching 10 years of his Sentence under Compassionate release and 1B1.13 ability your Honor for my Release, IF Mr. Mohamed was Sentenced tody would not get 22years Because Jabhat not ter

*This Motion Has 3 pages Total*

# Exhaustion of Administrative Remedies

On April 25 2026 Mr. Mohamud Requested Compassionate Release via Electronic Cop-out to the warden of Big Springs Low in which not 30 days was Complete He replied to Deny me Compassionate Release I gave him a Summary of what I am asking for the Court to day.

On April 2015 Mr. Mohamed was indeted on 2 counts of Material Support an 1 Count lying to FBI, He pleaded Guilty and Cooperated 5k1 and recieved 22 years Sentence.

During his incarceration Mr. Mohamed Completed many programs and attained his G.E.D. Also on numerous times he ask S.I.S in Forrest City Low and Now in Big Springs Low to Call the FBI to help in any Case. Mr. Mohamed is fully willing to Cooperate agains the five on his Case Waice Jabril, Fasl Hassen, Abdullah and people he met during his imprisoment Such as Mohamed Al Qattamin, Philipeno Imam a forrest and other. Mr. Mohamed Knows his Mother NEEDs him she is getting old and is willing to do w whatever to help her and be by her side While im in Big Springs I Request via Electronic Cop-out to psycology to start a DE-Radicalization program, But he refused also I asked Education Refused and the Assistant Warden PORE He Refused. Keeps Family Ties and tried to Enroll in College or Unvessity During his time in forrest city Low but Due to Administration Failure Could not Attend. Mr. Mohamed is fully hibilitated and is not threat to society, he Work as a LT, Captain office →Pg Bac

Orderly which is a Job truted people only get. If Abu Mohamed al Jolani the famer I.S.I.S Member and AL Qaeda Leader with a $10 million Bounty on his Head by The U.S has reformed and rehabilitated then Surely Mr. Mohamed serving over a decade in prison with small prison infractions and who is willing to Cooprate wit F.B.I again Basked S has definently rehabilitated.

Conclusion. Mr. Mohammed was young Confused DiD Not Khow about relgon. And Also most Impor Importantly is, HE STOPPED HINSELF FROM THE PLOT. HIMSELF, Doesn't that Count for Something Your HONOR? Under the Trump Administratio U.S A.I.D was stopped begin Funded Because they where Sending money to Terrorst Groops Like Taliban, HTS or Jabhat AL Nugra, and Mr. Attempted to Join but then Changed his Mind. Rep Tim Burchett During House oversight hearing got the answers that Jabhat AL Nugra was Funded by the United States. Judge Watson please Consider all this I Stopped My Self From Comuriting a terrorist Attack and I didn't know is was bang followed. I Changed alot I want to help my family, my Community, Even by De Radicalization Programs. I Do Have Home Release Plan a family to stay with Addiess, Among Those Release Terrosit Cases by Compassionate Release are "NEW Buch 4", Canadian Citizen Mohammed Abdulla warsama Terrorst Case Compassionate Release Departed to Canada Hawo Mohammed Hasan Minnesota turorst Case got Compassiant release.

3 pages
Total

Please Give Me a Public Defender.
I ask the Court to Please Take a Chance with ME To Reduce my Sentence. If Former I.SIS, Al Qeada Hedd Can Reform then I am More Reformed then Him. Finally I'm willing to help FBI and Prosecoters against befor mentioned names or any terrorist thinking individual  Respectfully Submitted

y _[signature]_                                    Abdirahman Sheikh
                                                   Mohamud # 72994061

CERTICATE   OF   SERVICE

I certify that a true and correct copy of this Motion was mailed to the office of the United States District Court for the Southern District of OHIO on this day 26 of May 2026.

The Sentence Factor under 18 USC § 3553 (a) Mr. Mohomed has already served a substantial portion of sentence and used his time productively A Reduction of sentence to Time Served would be sufficient, but not greater than necessary, to satisfy the purposes of Sentencing anything more than 10 years is unusal and can cause serious mental problems after after already Suffering 3 years in isolation during the County Jail. Last Point.

- I stopped myself from Commiting terrorist act
- I tried to start Deradicalizaton Program in Big Springs, and Got my GED, and No I attending Drug Program
- Jabhat AL Nusra is no longer terrorist group So being Sentenced today under providing Matrial Support to Terrorist Group Jabht Al Nusra does not carry the same weight today So please reduce my Sentence
- I'm willing fully to Cooperate with FBI Prosecuters against the five I mention Forlier via Phone Calls, wearing wire and other means if Granted Compassionate Release time Server home Confinment.
- I am fully rehabilitated I dont not belive in Jihadist Ideology, I renounce it completely
- I have Supportive femly and release plen, keeping me prison is lost of tax payer money, so I can help my community by my mistakes
                                              Back Page

Abdirahman Sheikh Mahamud #74994061
1900 Simler Avenue
Big Springs FCI Low
Big Springs. TX, 79720

9589 0710 5270 2378 2645 62

Pages Total

Judge Watson
85 Marconi Boulevard,
Columbu OH, 43215
The United States District Court for the
Southern district of Ohio

43215-282399

Certificate of Service





