IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:15-CR-00095 |
| Plaintiff, | : | JUDGE: MICHAEL H. WATSON |
| vs. | : | |
| ABDIRAHMAN SHEIK MOHAMUD, | : | NOTICE OF APPEARANCE OF COUNSEL |
| Defendant. | : | |

Justin Sheridan, Assistant United States Attorney, hereby gives notice to the Court and to the defendant that he is entering an appearance as counsel for the United States in the above captioned case, and requests that copies of all papers filed in this action be served upon him at the following address:

303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Justin.Sheridan@usdoj.gov

Jessica W. Knight, former Assistant United States Attorney, Southern District of Ohio, should be terminated as counsel of record for the United States in this case.

Respectfully submitted,
DOMINICK S. GERACE II
United States Attorney

/s/ Justin C. Sheridan
JUSTIN C. SHERIDAN (0087404)
Assistant United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
E-mail: Justin.Sheridan@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Notice was mailed via U.S. Postal Service, postage prepaid, to the Defendant at the below address on the ___ day of June, 2026.

Abdirahman Sheik Mohamud #72994061
Big Springs FCI
1900 Simler Ave.
Big Springs, TX 79720

*/s/ Justin C. Sheridan*
JUSTIN C. SHERIDAN (0087404)
Assistant United States Attorney